```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

 JOSE ZARZUELA, Individually, and On
Behalf of All Others Similarly Situated,         :     Case No.: 1:22-cv-10873-VEC

                                                 :
                                Plaintiff,       :
                                                 :
        vs.                                      :     **NOTICE OF VOLUNTARY DISMISSAL**
                                                 :
                                                 :
GREATFOODS, IT'S VEGAN LLC,                      :
                                                 :
                                Defendant.       :
                                                 :
---------------------------------------------------------x


        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Zarzuela hereby gives notice that

the above-captioned action is voluntarily dismissed, without prejudice, against defendant

Greatfoods, It's Vegan LLC.

        DATED:  March 31, 2023                    **MIZRAHI KROUB LLP**


The Clerk of Court is respectfully directed to
terminate all open motions and deadlines
and to CLOSE the case.                                        /s/ William J. Downes
                                                            WILLIAM J. DOWNES
 SO ORDERED.

                                                 EDWARD Y. KROUB
                                                 WILLIAM J. DOWNES
                                  03/31/2023      225 Broadway, 39th Floor
HON. VALERIE CAPRONI                              New York, NY  10007
UNITED STATES DISTRICT JUDGE                      Telephone:  212/595-6200
                                                 212/595-9700 (fax)
                                                 ekroub@mizrahikroub.com
                                                 wdownes@mizrahikroub.com

                                                 *Attorneys for Plaintiff*